UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dana Sebastian, #731727, )
     Plaintiff, )
        ) No. 1:18-cv-95
-v- )
        ) Honorable Paul L. Maloney
David Leach, )
     Defendant. )
        )

## JUDGMENT

The Court has resolved all pending claims and dismissed them without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 25, 2019      /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge